```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARBARA TAMMARO, AS                 :
ADMINISTRATRIX OF THE ESTATE        :
OF JULIANNE KEHLER,                 :   CIVIL ACTION
                                    :   NO. 21-3811
        Plaintiff,                  :
    v.                              :
                                    :
COUNTY OF CHESTER,                  :
POCOPSON HOME,                      :
                                    :
        Defendant.                  :
```

## ORDER

**AND NOW**, this **16th** day of **February, 2022**, having considered Defendant's Motion to Dismiss (ECF No. 15) and Plaintiff's Response (ECF No. 19), and after a hearing on the record, it is hereby **ORDERED** that Defendant's motion to dismiss is **GRANTED in part and DENIED in part**, such that Plaintiff may seek to establish liability under a failure-to-train theory but not under an inadequate staffing theory. An order setting case management deadlines will issue.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**