IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
BARBARA TAMMARO, AS THE        :   CIVIL ACTION
ADMINISTRATRIX OF THE ESTATE   :   NO. 21-3811
OF JULIANNE KEHLER,            :
                               :
        Plaintiff              :
    v.                         :
                               :
COUNTY OF CHESTER, POCOPSON    :
HOME,                          :
                               :
        Defendant              :
```

**ORDER**

**AND NOW**, this **31st** day of **March, 2023,** after considering Plaintiffs' Petition for Leave to Amend the Amended Complaint (ECF No. 35) and any responses thereto, including supplemental responses, it is hereby **ORDERED** that said motion is **DENIED.**[1]

    **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] Plaintiff's Second Amended Complaint continues to plead understaffing as a § 1983 violation. The Court has already dismissed Plaintiff's understaffing theory without leave to amend. See ECF No. 22. Therefore, the Court need not address the understaffing issue in this Order.