IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA TAMMARO, AS ADMINISTRATRIX OF THE ESTATE OF JULIANNE MARIE KEHLER, DECEASED,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>COUNTY OF CHESTER, POCOPSON HOME,<br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: CIVIL NO. 21-3811<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this **10th** day of **June 2024**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 53), and Plaintiff's Response in Opposition (ECF No. 57), it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, Defendant's Motion (ECF No. 53) is **GRANTED**, and accordingly, judgment is entered in favor of Defendant and against Plaintiff.

The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge